UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| ALLEN, | * | Civil Action No.: |
| Plaintiff, | * | 1:18-cv-02904-ELH |
| v. | * | |
| BEIRICH, et al., | * | |
| Defendants. | * | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Glen K. Allen hereby gives notice of his voluntary dismissal of his complaint without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

_____/s/_____

Glen K. Allen